UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARD LOYD,

Plaintiff,

v.  Case No. 6:10-cv-1722-Orl-28DAB

FIRST FINANCIAL ASSET MANAGEMENT, INC.,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LEONARD LOYD, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: December 8, 2010

Respectfully submitted,

/s Andrew I. Glenn_____
Andrew I. Glenn
E-mail: Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail: Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 8, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      /s Andrew I. Glenn  
      Andrew I. Glenn

**SERVICE LIST**

Jenesta (Jay) Marlin  
FFAM (First Financial Asset Management)  
3222 Commerce Place - Suite A  
West Palm Beach, Florida 33407  
Served via regular U.S. Mail