UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARD LOYD,

Plaintiff,

v.                                                                          Case No. 6:10-cv-1722-Orl-28DAB

FIRST FINANCIAL ASSET MANAGEMENT, INC.,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

    Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: February 8, 2011                    Respectfully submitted,

                                                 /s Andrew I. Glenn
                                               Andrew I. Glenn
                                               E-mail:  AGlenn@cardandglenn.com
                                               Florida Bar No.:  577261
                                               J. Dennis Card, Jr.
                                               E-mail:DCard@cardandglenn.com
                                               Florida Bar No.  0487473
                                               Card & Glenn, P.A.
                                               2501 Hollywood Boulevard, Suite 100
                                               Hollywood, Florida 33020
                                               Telephone:  (954) 921-9994
                                               Facsimile:   (954) 921-9553
                                               Attorneys for Plaintiff