# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARD LOYD,**

       **Plaintiff,**

**-vs-**                            **Case No.  6:10-cv-1722-Orl-28DAB**

**FIRST FINANCIAL ASSET
MANAGEMENT, INC.,**

       **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc.

No. 9), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice.  All pending motions are

**DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of February,

2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party